UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-0316 RGK (JCG) | Date | July 29, 2015 |
|---|---|---|---|
| Title | *Ralph Nicholas Canete v. W.L. Montgomery* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: | |
| None Appearing | None Appearing | |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE COMPELLED TO LODGE UNDER SEAL A COPY OF PETITIONER'S CONFIDENTIAL PROBATION REPORT**

On June 4, 2015, Respondent lodged with the Court documents pertaining to Petitioner's state court proceedings, including a copy of the Clerk's Transcript prepared by the state trial court. [*See* Dkt. No. 13.]

Evidently, the Clerk's Transcript, as prepared by the state trial court, contains a copy of Petitioner's confidential probation report ("Report"). [*See id.* at 2.] However, rather than file an application to lodge the Report under seal, Respondent excluded the Report from his lodgments. [*See id.*]

On July 10, 2015, the Court received Petitioner's motion to compel disclosure of the Report ("Motion"). [Dkt. No. 18.]

Accordingly, on or before **August 5, 2015**, Respondent is **ORDERED TO SHOW CAUSE**, in writing, why Respondent should not be compelled to lodge a copy of the Report under seal.

Alternatively, if Respondent files an application to lodge the Report under seal ("Application") by **August 5, 2015**, he need not separately respond to this Order to Show Cause. If Respondent chooses to file an Application, Respondent shall also file a proposed order, and shall also lodge, under seal, a copy of the Report. [*See, e.g., Brian Keith Stafford v. R.H. Trimble*, C.D. Cal. Case No. LA CV 12-1490 GHK (E), Dkt. Nos. 24-26.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-0316 RGK (JCG) | Date | July 29, 2015 |
|---|---|---|---|
| Title | *Ralph Nicholas Canete v. W.L. Montgomery* | | |

    Finally, the Court, on its own motion, hereby **STAYS** the date by which Petitioner must file and serve his Reply.

    After the Motion is resolved, the Court will set a new deadline for Petitioner's Reply.

    **IT IS SO ORDERED**.

cc:  Parties of Record

                                                                     00   :   00

                                                  Initials of Clerk      kh